# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2023-3132
LT Case No. 2023-CT-1463-A

———————————————————

JESSIE A. GANDY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the County Court for Putnam County.
Anne Marie Gennusa, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

May 24, 2024

PER CURIAM.

We affirm Appellant's judgment and sentence, but we remand for a corrected costs judgment striking the $50 cost of investigation because it was not part of the plea agreement, requested by the State, or orally pronounced. *See Giddens v. State*, 338 So. 3d 424, 424 (Fla. 5th DCA 2022).

AFFIRMED and REMANDED with instructions.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____